JOE KESSLER, Respondent, *v.* BEN FLIGEL, Appellant.

(Submitted January 2, 1935; decided January 22, 1935.)

*Samuel M. Rivelson* for appellant.

*Herbert H. Maass* for Samuel D. Leidesdorf, *amicus curiæ.*

*Lawrence Kovalsky* and *David Goldstein* for respondent.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.